Summons in a Civil Action

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

JALONDA JOHNSON,

    PLAINTIFF,

V.

                    **SUMMONS IN A CIVIL ACTION**

        Case Number: 2:07-cv-101-MEF

ALABAMA STATE UNIVERSITY
AND ANWAR DIOP

    DEFENDANT.

TO:    Alabama State University
        c/o Carter Dukes, Esq.
        Attorney for Defendant
        Huckaby, Scott, & Dukes
        2100 3rd Avenue North, Suite 700
        Birmingham, AL 35203

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

        David R. Arendall
        Allen D. Arnold
        Arendall & Associates
        2018 Morris Avenue
        Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    February 6, 2007
**CLERK**                                                          DATE

*[signature]*
**(By) DEPUTY CLERK**

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me | DATE: |
| NAME OF SERVER (*PRINT*) | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
*Signature of Server*

_____
*Address of Server*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

2:07cv101-MEF
2-6-07
Postmark Here
Doc #1

Sent To: Alabama State University
Street, Apt or PO Box: c/o Carter Dukes, Esq.
Attorney for Defendant
Huckaby, Scott, & Dukes
2100 3rd Avenue North, Suite 700
City, State: Birmingham, AL 35203

7004 2510 0002 6128 5353

PS Form 3800, June 2002        See Reverse for Instructions

Summons in a Civil Action

___

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

JALONDA JOHNSON,

    PLAINTIFF,

V.

ALABAMA STATE UNIVERSITY
And ANWAR DIOP

    DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:07-CV-101-MEF

TO:   Anwar Diop
       c/o Carter Dukes, Esq.
       Attorney for Defendant
       Huckaby, Scott, & Dukes
       2100 3rd Avenue North, Suite 700
       Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

    David R. Arendall
    Allen D. Arnold
    Arendall & Associates
    2018 Morris Avenue
    Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
___
CLERK

[signature]
___
(By) DEPUTY CLERK

February 6, 2007
___
DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me | DATE: |
| NAME OF SERVER (PRINT) | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

2:07cv101-MEF
2-6-07  Doc #1
Postmark Here

7004 2510 0000 6128 5360

Sent To: **Anwar Diop**
c/o **Carter Dukes, Esq.**
**Attorney for Defendant**
**Huckaby, Scott, & Dukes**
**2100 3rd Avenue North, Suite 700**
**Birmingham, AL 35203**

PS Form 3800, June 2002                    See Reverse for Instructions