Johnson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Alabama State University
   c/o Carter Dukes, Esq.
   Attorney for Defendant
   Huckaby, Scott, & Dukes
   2100 3rd Avenue North, Suite 700
   Birmingham, AL 35203**

   2:07cv101-MEF (cmp/smo 20 dys)

2. Article Number (Transfer from service): 7004 2510 0002 6128 5353

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. McDowell
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540