Summons in a Civil Action

---

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JALONDA JOHNSON,

    PLAINTIFF,

V.

ALABAMA STATE UNIVERSITY
And ANWAR DIOP

    DEFENDANT.

**ALIAS   ALIAS   ALIAS**

**SUMMONS IN A CIVIL ACTION**

Case Number: 2:07-CV-101-MEF

TO:    Anwar Diop
        3112 Wenonah Drive
        Birmingham, AL 35211

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

    David R. Arendall
    Allen D. Arnold
    Arendall & Associates
    2018 Morris Avenue
    Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*February 20, 2007*
DATE

*(signature)*
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE: |
| NAME OF SERVER (*PRINT*) | TITLE: |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                                                *Signature of Server*

_____
*Address of Server*