# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JALONDA JOHNSON,**            ) | |
| ) | |
| **Plaintiff,**            ) | **CIVIL ACTION NO.:** |
| ) | **2:07-CV-101-MEF** |
| ) | |
| **vs.**            ) | |
| ) | |
| **ALABAMA STATE UNIVERSITY**            ) | |
| **AND ANWAR DIOP,**            ) | |
| ) | |
| **Defendants.**            ) | |

## CONSENT MOTION TO EXTEND TIME IN WHICH TO ANSWER

COMES NOW Defendant Alabama State University and, with the consent of Plaintiff, respectfully request that this Court extend through March 29, 2007 the time in which Defendant Alabama State has to move, object, plead, answer, or otherwise respond to the Complaint in the above styled action. In support thereof, Defendant Alabama State shows unto the Court the following:

1.  Defendant Alabama State was served on February 7, 2007 with the Summons and Complaint in the above styled action. Defendant Alabama State's response to this Complaint is due on February 27, 2007.

2.  Undersigned counsel for Defendant Alabama State has been advised that there are issues with insurance coverage that may effect his continued representation

of Defendant in this action. Undersigned counsel has been advised that these issues will be resolved within thirty days.

    3.    Plaintiff has advised Alabama State through her counsel that she consents to this motion for extension of time.

WHEREFORE, PREMISES CONSIDERED, Defendant Alabama State University respectfully requests that this Court extend the time in which it has to move, object, plead, answer, or otherwise respond to Plaintiff's Complaint through March 29, 2007.

Respectfully submitted,

/s/ Carter H. Dukes
Carter H. Dukes
Attorney for Defendant
Alabama State University

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      David R. Arendall
      Arendall & Associates
      2018 Morris Drive
      Birmingham, Alabama 35203

      Mr. Anwar Diop (via U.S. Mail)
      3112 Wenonah Drive
      Birmingham, Alabama 35211

Done this the 23rd day of February, 2007.

      /s/ Carter H. Dukes
           Of Counsel

40291.1