IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JALONDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-101-MEF |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time to File Answer (Doc. #6) filed on February 23, 2007, it is hereby

ORDERED that the motion is GRANTED to and including March 29, 2007.

DONE this the 8th day of March, 2007.

                                  /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE