# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JALONDA JOHNSON,**            ) | |
| ) | |
| **Plaintiff,**            ) | **CIVIL ACTION NO.:** |
| ) | **2:07- CV-101-MEF** |
| ) | |
| **vs.**            ) | |
| ) | |
| **ALABAMA STATE UNIVERSITY**   ) | |
| **AND ANWAR DIOP,**            ) | |
| ) | |
| **Defendants.**            ) | |

## JOINT MOTION TO CORRECT AGENT FOR SERVICE OF PROCESS FOR DEFENDANT ANWAR DIOP

COME NOW Plaintiff Jalonda Johnson ("Plaintiff") and Defendant Alabama State University ("Alabama State") and respectfully submit this Joint Motion to Correct Agent for Service of Process for Defendant Anwar Diop. In support of said Motion, the parties show unto the Court the following:

1. On February 7, 2007, due to a misunderstanding on the part of counsel, Plaintiff mistakenly attempted to serve Defendant Anwar Diop ("Mr. Diop") by serving a copy of the Summons and Complaint in this case upon Carter Dukes ("Mr. Dukes"), counsel for Alabama State.

2. Plaintiff's counsel was notified that Mr. Dukes does not represent Mr. Diop and, accordingly, on February 20, 2007, Plaintiff's counsel issued an Alias

Summons directed to Mr. Diop at 3112 Wenowah Drive, Birmingham, Alabama 35211.

Counsel respectfully request that this Court correct the record in this case by removing Mr. Dukes as Mr. Diop's agent for service of process and direct all future service in this case to Mr. Diop at the address listed in the Alias Summons. Plaintiff's counsel has consented to use of his electronic signature in the submission of this Motion.

                                      Respectfully submitted,

                                      /s/ Carter H. Dukes
                                         Carter H. Dukes
                                         Attorney for Defendant
                                        Alabama State University

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35242
(205) 251-2300

                                      /s/ David R. Arendall
                                         David R. Arendall
                                         Attorney for Plaintiff
                                         Jalonda Johnson

**OF COUNSEL:**
ARENDALL & ASSOCIATES

2018 Morris Avenue
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

>Mr. Anwar Diop
>3112 Wenowah Drive
>Birmingham, Alabama 35211

DONE this the 2nd day of April, 2007

>/s/ Carter H. Dukes
>　　　　Of Counsel

40537