IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JALONDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-101-MEF |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Joint Motion to Correct Agent for Service of Process for Defendant Anwar Diop (Doc. #10) filed on April 2, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 6th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE