IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JALONDA JOHNSON,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO.: |
| ) | 2:07-CV-101-MEF |
| vs.     ) | |
| ) | |
| ALABAMA STATE UNIVERSITY ) | |
| AND ANWAR DIOP,     ) | |
| ) | |
| Defendants.     ) | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW Carter H. Dukes, Kimberly W. Geisler, and the law firm of Huckaby, Scott & Dukes, P.C., ("Movants"), counsel for Defendant Alabama State University and respectfully request this Court allow movants to withdraw as counsel for Alabama State University.  Alabama State University will continue to be represented by Kenneth L. Thomas and LaTasha A. Meadows of Thomas, Means, Gillis & Seay, P.C.

                                                                                            Respectfully submitted,

                                                                     /s/ Carter H. Dukes
                                                                     Carter H. Dukes
                                                                     Kimberly W. Geisler
                                                                     Attorney for Defendant
                                                                     Alabama State University

OF COUNSEL:
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David R. Arendall, Esq.
>Arendall & Associates
>2018 Morris Drive
>Birmingham, Alabama 35203
>
>Kenneth L. Thomas, Esq.
>Thomas, Means, Gillis & Seay, P.C.
>3121 Zelda Court
>Montgomery, Alabama 36106
>
>Mr. Anwar Diop (via U.S. Mail)
>3112 Wenowah Drive
>Birmingham, Alabama 35211

DONE this the 18th day of April, 2007

>/s/ Carter H. Dukes
>　　　　　Of Counsel

40720.1