IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JALONDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-101-MEF |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #12) filed on April 18, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 23rd day of April, 2007.

                                             /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE