IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JALONDA JOHNSON,

    PLAINTIFF,

                              CIVIL ACTION NO: 02:07-cv-101-MEF

V.

ALABAMA STATE UNIVERSITY
and
ANWAR DIOP,

    DEFENDANTS.

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on June 18, 2007, by phone, and was attended by:

David R. Arendall for Plaintiff, Jalonda Johnson

LaTasha A. Meadows for Defendant, Alabama State University

Donald Gordon Madison for Defendant, Anwar Diop

1.    **Pre-Discovery Disclosures**:   The parties will exchange by July 15, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

2.    **Discovery Plan**:  **PLAINTIFF'S POSITION:**

Plaintiff needs discovery on the Plaintiff's claims, damages and Defendant's defenses.  The Plaintiff proposes to the Court that all discovery begin in time to be completed by June 15, 2008.

**Depositions**: The Plaintiff proposes to the Court a maximum of 8 depositions by Plaintiff and 8 depositions by Defendant. The Plaintiff further proposes that each deposition be limited to a maximum of 5 hours unless extended by agreement of parties.

**DEFENDANT'S POSITION**: Defendant needs discovery on the Plaintiff's claims, damages and facts in support of Defendant's defenses. The Defendant proposes to the Court that all discovery begin in time to be completed by May 1, 2008.

**Depositions**:

The Defendant proposes to the Court a maximum of 8 depositions by Plaintiff and 8 depositions by Defendant. Defendant further proposes that each deposition be limited to a maximum of 8 hours unless extended by agreement of parties.

**The parties jointly agree to the following:**

**Interrogatories**: Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

**Requests for Admission**: Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

**Requests for Production of Documents**: Maximum of 45 Requests for Production by each party. Responses due 30 days after service.

**Reports of retained experts under Rule 26(a)(2) due**:

    From Plaintiff:    February 15, 2008

    From Defendant:    March 15, 2008

Supplementations under Rule 26(e) due no later than 30 days before discovery concludes.

4.   **Other Items**. **Settlement**:   Settlement possibilities are unknown at this time inasmuch as discovery in this matter has not yet begun.

**Conferences**:  The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in August of 2008.

**Join Additional Parties and Amendments**:   Plaintiff should be allowed until November 15, 2007, to join additional parties and to amend the pleadings.

Defendant should be allowed until December 15, 2007, to join additional parties and to amend the pleadings.

**Dispositive Motions**:  All potentially dispositive motions should be filed by May 5, 2008.

**Final Lists of witnesses and exhibits**:  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiff:     30 days prior to trial.

    From Defendant:     30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial**:  The case should be ready for trial by August of 2008, and at this time is expected to take approximately 2-3 days.

|  |  |
|---|---|
|  | /s/ David R. Arendall |
|  | _____ |
|  | David R. Arendall, Counsel for Plaintiff |

OF COUNSEL:
Arendall & Associates
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

                              /s/ LaTasha A. Meadows
_____
LaTasha A. Meadows
Counsel  for Alabama State University

OF COUNSEL:
Thomas Means Gillis & Seay, PC
P. O. Drawer 5058
Montgomery, AL  36103
334.270.1033 – Office
334.260.9396 – Facsimile

                              /s/ Donald Gordon Madison
_____
Donald Gordon Madison
Counsel for Anwar Diop

OF COUNSEL:
Law Offices of Donald Gordon Madison
418 Scott Street
Montgomery, AL  36104
334.263.4800 – Office
334.265.8511 - Facsimile