IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

| | | |
|---|---|---|
| JALONDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 02:07-cv-101-MEF |
| | ) | |
| ALABAMA STATE UNIVERSITY | ) | |
| and | ) | |
| ANWAR DIOP, | ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** Alabama State University, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is a governmental entity. The following individuals and their relationship to the party are hereby reported:

| | Reportable Entity | Relationship to Party |
|---|---|---|
| 1. | Elton Dean | Chair, Board of Trustees |
| 2. | Catherine Wright | Vice Chair, Board of Trustees |
| 3. | Bobby Junkins | Member, Board of Trustees |
| 4. | Oscar Crowley | Member, Board of Trustees |
| 5. | Taylor Hodge | Member, Board of Trustees |
| 6. | Buford Crutcher | Member, Board of Trustees |
| 7. | Thomas Figures | Member, Board of Trustees |
| 8. | Lawrence Lemak | Member, Board of Trustees |

| | | |
|---|---|---|
| 9. | Joe Reed | Member, Board of Trustees |
| 10. | Marvin Wiggins | Member, Board of Trustees |
| 11. | Herbert Young | Member, Board of Trustees |

Respectfully submitted on this the 10th day of December, 2007.

/s/ LaTasha A. Meadows
**KENNETH L. THOMAS (THO043)**
**LaTASHA A. MEADOWS (MEA020)**

**Counsel for Defendant,**
**Alabama State University**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103-5058
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via electronic filing through E-file a copy of same to said counsel on this 10th day of December, 2007.

David Arendall, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203

Donald Gordon Madison, Esq.
Law Offices of Donald Gordon Madison
418 Scott Street
Montgomery, AL 36104

 /s/ LaTasha A. Meadows
**OF COUNSEL**

2