IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JALONDA JOHNSON,**

    **PLAINTIFF,**

                      **CIVIL ACTION NO: 02:07-cv-101-MEF**

**V.**

**ALABAMA STATE UNIVERSITY
and ANWAR DIOP,**

    **DEFENDANTS.**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through her attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: This party is an individual.

    Dated: December 14, 2007

                                        /s/ David R. Arendall
                                        _____
                                        David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile

                                                                                            1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on December 14, 2007, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system of filing which will forward a copy to the counsel for the Defendant:

Donald G. Madison
Kenneth L. Thomas
LaTasha A. Meadows

/s/ David R. Arendall
_____
Of Counsel