IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOLANDA JOHNSON, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-101-MEF |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

This Cause is before the Court on Plaintiff's Partial Motion to Dismiss (Doc. # 25), filed February 11, 2008. Plaintiff has moved to dismiss Count One of the Amended Complaint and Count Four of the original Complaint. The motion is unopposed by Defendants. The motion does not state whether it is requesting dismissal with or without prejudice; therefore, this Court will presume the request to be for dismissal without prejudice.

Based on the representations made in the motion, the Court finds that the request to dismiss Count One of the Amended Complaint is due to be GRANTED. However, the request to dismiss Count Four of the original Complaint is due to be DENIED because that count was not included in the Amended Complaint, which supercedes the original Complaint, and therefore is no longer a part of this case.

For the foregoing reasons, it is hereby ORDERED as follows:

(1)    Plaintiffs' Partial Motion to Dismiss (Doc. # 25) is GRANTED IN PART

AND DENIED IN PART.

(2)   Count One of the Amended Complaint (*See* Doc. # 8) is DISMISSED WITHOUT PREJUDICE.

DONE this the 14th day of February, 2008.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE