# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**JALONDA JOHNSON,**

    **PLAINTIFF,**

                        **CIVIL ACTION NO: 02:07-cv-101-MEF**

**V.**

**ALABAMA STATE UNIVERSITY**        **UNOPPOSED**
**and**
**ANWAR DIOP**

    **DEFENDANTS.**

## PLAINTIFF'S PARTIAL MOTION TO DISMISS

COMES NOW, the Plaintiff, by and through undersigned counsel and submits this partial motion to dismiss:

1. Plaintiff filed her Amended and Restated Complaint on March 16, 2007. (Doc. 8-2).

2. Plaintiff now moves this Honorable Court to dismiss Count One of her Amended and Restated Complaint (Sexual Harassment). Count One of the Amended and Restated Complaint is directed against Defendant Alabama State University only.

3. To the extent ambiguity exists, Plaintiff moves this Honorable Court to dismiss Count Four of her original Complaint (Negligent Supervision). (Doc.

1). Count Four of the Complaint is directed against Defendant Alabama State University only.

4. The undersigned has conferred with Defendant Alabama State University's counsel, Latasha Meadows, and this motion is not opposed.

NOW THEREFORE, Plaintiff moves this Honorable Court to grant her Partial Motion to Dismiss pursuant to the terms set forth above.

Respectfully submitted,

/s/ Allen D. Arnold

_____
ALLEN D. ARNOLD
Counsel for Plaintiff

OF COUNSEL:

ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on February 11, 2008, I have filed a copy of the foregoing with the Clerk of the Court using the CM/ECF filing system which will forward a copy to the attorneys for the Defendants:

Donald G. Madison
Kenneth L. Thomas
LaTasha A. Meadows

/s/ Allen D. Arnold

_____
Counsel for Plaintiff

2