## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**JALONDA JOHNSON,**

      **PLAINTIFF,**

                **CIVIL ACTION NO: 02:07-cv-101-MEF**

**V.**

**ALABAMA STATE UNIVERSITY**         **UNOPPOSED**
**and**
**ANWAR DIOP**

      **DEFENDANTS.**

### AMENDED PARTIAL MOTION TO DISMISS
### FILED JOINTLY BY THE PARTIES

COMES NOW, the Plaintiff, by and through undersigned counsel and the Defendant, Anwar Diop, by and through his counsel and submit this Amended joint partial motion to dismiss:

1.      Plaintiff filed her Amended and Restated Complaint on March 16, 2007. (Doc. 8-2).

2.      Defendant, Anwar Diop, filed a Counterclaim against Plaintiff on May 14, 2007. (Doc. 14).

3.      Plaintiff and Defendant Diop have entered into a settlement agreement resolving Plaintiff's Counts of Invasion of Privacy and Assault & Battery, as well as Defendant Diop's Counterclaim for Libel, Malicious Prosecution, and Tortious Interference.

1

4.    Plaintiff now moves this Honorable Court to dismiss Count Two (Invasion of Privacy) and Count Three (Assault & Battery) of her Amended and Restated Complaint.    Counts Two and Three of the Amended and Restated Complaint are directed against Defendant Mr. Anwar Diop only.    Plaintiff's remaining claim is a Title VII retaliation complaint against Defendant Alabama State University.

5.    Defendant now moves this Honorable Court to Dismiss his Counterclaim Counts I, II, and III against Plaintiff Jalonda Johnson.  Defendant Diop has pending cross-claims against Defendant Alabama State University.

NOW THEREFORE, Plaintiff moves this Honorable Court to grant her Partial Motion to Dismiss pursuant to the terms set forth above.

/s/ Allen D. Arnold
_____
ALLEN D. ARNOLD
Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
205.252.1550 – Office; 205.252.1556 – Facsimile

/s/ Donald G. Madison
_____
DONALD G. MADISON
Counsel for Defendant/Counterclaimant
Anwar Diop

<u>OF COUNSEL</u>:

Donald G. Madison
Law Offices of Donald G. Madison
418 Scott Street
Montgomery, AL 36104
334.263.4800 – Office
334.265.8511 - Facsimile