IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JALONDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-101-MEF |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This matter is before the Court on the parties' Amended Partial Motion to Dismiss (Doc. # 29), filed May 12, 2008 and Plaintiff's Partial Motion to Dismiss (Doc. # 28), filed May 12, 2008.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may only voluntarily and unilaterally dismiss an action against a defendant prior to the time that defendant files an answer or motion for summary judgment, whichever first occurs. After a defendant files an answer or motion for summary judgment, a plaintiff seeking to dismiss claims against a defendant must file a stipulation of dismissal *signed by all parties who have appeared*. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). In Document No. 28, Plaintiff attempts to dismiss certain claims after the defendant has filed an answer, but this document is not signed by all parties. Because this fails to meet the requirements of Rule 41(a)(1), this motion is due to be denied.

Moreover, Document No. 29 fails to comply with CM/ECF Civil Administrative

Procedure II.C.3, which states:

> In the case of a stipulation or other document to be signed by two or more persons, the following procedure should be used:
>
> Documents requiring signatures of more than one party shall be filed either by submitting *a scanned document containing all necessary signatures or by certifying within the document that all parties have agreed*.

CM/ECF Civil Administrative Procedure II.C.3, *available at* http://www.almd.uscourts.gov/cmecf/pubs/CivilAdminProc050207.pdf (emphasis added).

Because Document No. 29 seeks to dismiss certain claims after the defendant has filed an answer, it must be signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Because the document must be signed by two or more parties, it must comply with CM/ECF Civil Administrative Procedure II.C.3. This rule requires a party electronically filing a document requiring two or more signatures to submit one of the following: (1) a scanned signature page containing all necessary, hand-written signatures; or (2) all necessary electronic signatures *with a certification that all parties have agreed to have their name electronically signed for them*.

Here, Document No. 29 contains multiple electronic signatures, but does not certify that all parties have agreed to have their name electronically signed. Because this fails to comport with the requirements of CM/ECF Civil Administrative Procedure II.C.3, this motion is also due to be denied.

For the foregoing reasons, it is hereby ORDERED that:

(1) Plaintiff's Partial Motion to Dismiss (Doc. # 28) is DENIED, with leave to refile. On or before **May 26, 2008**, the Plaintiff shall file a Joint Stipulation of Dismissal that complies with Rule 41(a)(1) and CM/ECF Civil Administrative Procedure II.C.3.

(2) The parties' Amended Partial Motion to Dismiss (Doc. # 29) is DENIED, with leave to refile. On or before **May 26, 2008**, the Plaintiff shall file a Joint Stipulation of Dismissal that complies with Rule 41(a)(1) and CM/ECF Civil Administrative Procedure II.C.3.

DONE this the 20th day of May, 2008.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE