**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORHTERN DIVISION**

| | | |
|---|---|---|
| **JALONDA JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 02:07-cv-101-MEF** |
| | ) | |
| **ALABAMA STATE UNIVERSITY** | ) | |
| **and** | ) | |
| **ANWAR DIOP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT, ALABAMA STATE UNIVERSITY'S, MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT

COMES NOW Alabama State University (hereinafter "Defendant" or "ASU"), Defendant in the above-captioned matter, by and through its undersigned counsel of record and files its Motion for Summary Judgment against each and every claim asserted in Plaintiff Jolanda Johnson's (hereinafter "Plaintiff" or "Johnson") Complaint. As grounds therefore, Defendant states as follows:

1.     Plaintiff has failed to prevent substantial evidence to establish a prima facie case of retaliation under Title VII.

2.     Plaintiff did not personally participate in any protected activity under Title VII prior to February 10, 2005.

3.     Plaintiff's mother's actions do not constitute protected participation under Title VII.

4.     Plaintiff cannot establish a causal connection between ASU's decision not to offer her an employment contract on February 2, 2005 and her protected participation.

5.   Defendant has proffered a legitimate, non-retaliatory reason for its decision, specifically stating that Plaintiff was not hired because the Department that requested her employment did not have money in its account to pay Plaintiff.

6.   Plaintiff has failed to produce substantial evidence to show that Defendant's proffered reason is pre-textual.

For the reasons set forth above, and as further set forth in its contemporaneously filed Memorandum of Law in Support of its Motion for Summary Judgment on Plaintiff's Complaint, Defendant respectfully requests that this Court grant judgment in its favor as to the sole remaining count of the Complaint.

Respectfully Submitted,

_/s/ LaTasha A. Meadows_____
**KENNETH L. THOMAS (THO 043)**
**LaTASHA A. MEADOWS (MEA020)**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103-5058
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via this Court's electronic filing system this the 30th day of May, 2008.

David Arendall, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203

Donald Gordon Madison, Esq.
Law Offices of Donald Gordon Madison
418 Scott Street
Montgomery, AL 36104

_/s/ LaTasha A. Meadows_____
**OF COUNSEL**



# NON ACADEMIC STAFF HANDBOOK

Exhibit

3

2)  Such hiring does not discriminate against other candidates for the vacant position.

3)  No officer or employee of the University shall be permitted to exercise direct supervision over persons related to him or her by family or marriage.  For purposes of this policy, persons related by family or marriage are defined as a spouse, parent, child, brother, sister, grandparent, grandchild, aunt, uncle, niece, nephew, in-laws and persons for whom the employee has been assigned legal responsibility in a guardianship capacity.

The President of the University or his/her designee must grant final approval in each case where the University is considering hiring more than one person related by family or marriage to work in the same department.

2.2.4 ALIENS.  An alien may be employed by the University provided he/she has legal proof of a right to work in the United States as indicated by an approved visa or work permit.

2.2.5  EMPLOYMENT OF  ATHLETIC COACH.  No individual may be employed in a head coaching capacity who has been officially sanctioned by the National Collegiate Athletic Association (NCAA) or an NCAA member conference for violating NCAA or conference rules.

2.2.6  REEMPLOYMENT OF FORMER EMPLOYEES.  A former employee who resigns from the University in good standing and is subsequently reemployed after 180 days will be considered a new employee for purposes of seniority and sick leave. However, at the employee's option, accrued sick leave may be transferred to the Teachers' Retirement System of Alabama for service credit toward retirement if application is made within 180 days of resigning from the University.

A former employee who is reemployed after 180 calendar days may be reemployed in the same type of employment or in another type of employment for which he/she is qualified.

## 2.3 RECRUITMENT, SCREENING AND APPOINTMENT

The University actively and affirmatively places emphasis on the recruitment and screening of women and non-black applicants.  In addition, the University avails itself of the traditional channels of recruitment which include the Alabama State Employment Service, advertisements in newspapers and professional journals, campus newspapers and community and technical colleges.  All advertisements will display that the University is an "Affirmative Action/Equal Opportunity Employer."

Persons seeking employment at Alabama State University are referred to the Office of Personnel Services and Human Relations for securing applications and information on available positions.

Recruitment activities are centralized in the Office of Personnel Services and Human Relations. All available vacancies and new positions will be listed with the Office of Personnel Services and Human Relations immediately upon approval by the President.

Each available permanent position to be filled will be appropriately advertised, and a notice will be posted on the Office of Personnel Services and Human Relations bulletin board and in accessible locations for employees.

A work permit, if required by law, shall be secured by the applicant and filed in the Office of Personnel Services and Human Relations.

During initial screening, the Director of Personnel Services and Human Relations will delete all applicants who are not eligible or qualified based on announced criteria for the position.

Applicants for all administrative positions at the level of Director or equivalent and above will be screened and evaluated by a screening committee. The committee will be composed of the Director of Personnel Services and Human Relations, immediate supervisor and/or other persons appointed by the area Vice President. A technical consultant may be added when, in the opinion of the committee, circumstances warrant. The screening committee will submit the top three names to the area Vice President who will make recommendation to the President, and the President will make the final appointment subject to approval by the Board of Trustees.

No person is considered employed until a written contract is signed by both the President and the employee and has been approved by the Board of Trustees. No supervisor or officer is authorized to make an oral or written commitment of employment to any applicant. No contract shall be executed between the University and an employee that is inconsistent with the policies contained in this Handbook.

Objective criteria are the primary basis for selection. Each applicant is considered on the basis of his/her skills, knowledge and abilities.

Each applicant applying for a clerical/data entry position will be required to take a typing/data entry test administered via the Office of Personnel Services and Human Relations.

Any evaluation in terms of skills, knowledge and abilities used to determine the qualification of applicants seeking employment for a certain position shall also be used for the evaluation of all applicants seeking that position.

26

concerning the appropriateness of the contract cancellation. This recommendation, together with a written report from the President, shall be transmitted to the employee and to the Board of Trustees, which shall review the evidence, the Hearing Officer's recommendation and the President's report before making a final decision on the contract cancellation.

G) An employee with a probationary or permanent appointment whose contract is cancelled because of a medical disability shall be given a severance pay in an amount to be determined by the Board of Trustees, but in no event less than three months of current salary if the cancellation occurs during or at the end of the first year of service with the University  in no event less than six months of current salary if the cancellation occurs during or at the end of the second year of service with the University, and in no event less than 12 months of current salary if the cancellation occurs after the start of the third year of service with the University.

## 6.4  GRIEVANCES

A grievance is an allegation by an employee that there has been a violation of provisions of these policies by the University or its agents relating to salary, work hours or other terms and conditions of employment.

A grievance may be filed by an individual employee or any number of employees who believe that they have been adversely affected by the same action or actions; it may be directed against the action of one or more administrators.

Except as otherwise provided in this paragraph, all grievances shall be processed in accordance with the procedure set forth in Section 6.4.1. If a grievance includes an alleged violation of the University's Affirmative Action Plan, that aspect of the grievance must be reported and processed in accordance with the procedures set forth in the Plan. If the grievance deals with a matter that is subject to a separate appeal procedure that is specifically referenced in this Handbook, the employee must follow the procedure set forth in that section.

6.4.1 GRIEVANCE PROCEDURE. Grievances shall be filed and processed in accordance with the following procedure:

A) A grievance must be filed in writing within 21 days after the event giving rise to the grievance or within 21 days after the employee (s) filing the grievance knew or reasonably should have known of the event giving rise to the grievance. The written grievance shall indicate the action being grieved, the rule, regulation, practice or procedure allegedly violated, and the remedy being sought. The grievance initially must be filed with the director of the unit

61

SEXUAL HARASSMENT MAY CONSIST OF:

- Sexually suggestive language.

- Derogatory sexual comments.

- Unsolicited touching of the body.

- Patting or pinching.

- Physical sexual assault including rape.

- Outright solicitation of sexual intercourse.

- Subtle pressure for sexual favors or social encounters.

- Demands for sexual favors or social activity accompanied by threats or insinua-
tions that failure to submit will adversely affect one's employment, wages, work
conditions or academic advancement.

- Demands for sexual favors or social activity accompanied by implied or direct
promises that submission will result in better job treatment or academic advance-
ment.

6.5.2 REPORTING INCIDENTS OF SEXUAL HARASSMENT. An individual
who experiences sexual harassment shall immediately report that fact to the
Director of Personnel Services and Human Relations who also serves as the
University's Equal Employment Opportunity (EEO) Officer. The initial report may
be in oral or written form, but a formal investigation of the matter cannot begin until
the complaint is submitted in written form and signed by the complainant. If
charges of sexual harassment are formally filed against any officer of the University
at or above the level of an divisional vice president or the Director of
Communications and Public Affairs or the Director of Intercollegiate Athletics, the
EEO Officer shall within 10 days report that fact and the results of any preliminary
investigation to both the President and the Chairman of the Board of Trustees.

6.5.3 INVESTIGATING REPORTED INCIDENTS OF SEXUAL HARASS-
MENT. Prior to initiating an investigation, the Director of Personnel Services and
Human Relations will notify the accused person(s) of the sexual harassment
charge and of the impending investigation. The investigation will be non-adversari-
al; therefore, attorneys for neither side will be permitted. The investigation com-
mittee will be composed of three disinterested members. Two members will be
appointed by either of two divisional vice presidents. The third member will be
selected by the two members appointed by the vice presidents. If the two cannot
agree on naming a third member, the Director of Personnel Services and Human
Relations will name the third member. If the sexual harassment charge involves a
student, at least one member of the committee will be a student.

63

Year 2005

2-16050-12430  8.1/204.50

092288

**Exhibit**

PERSONNEL SERVICES

## EMPLOYEE REPORT OF HOURS WORKED

Name Johnson    Jalinda    B    Payroll Number ___ 4
　　　　Last　　　　First　　　　Middle

Position Data Entry    Social Security No. ___

College/Area ___    Department Inventory Control

The following is a true statement of hours worked under University Policies of the Non-Academic Staff Handbook for Alabama State University during the pay period of _____ 19 ____

### HOURS WORKED

THE FIRST WORK WEEK BEGINS:
SUNDAY 01/23/2005    AND ENDS SATURDAY 01/29/2005

| DAY | A.M. | | | | | | P.M. | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | |
| SUNDAY | | | | | | | | | |
| MONDAY | 9:00 | 10:00 | | | | | 1:00 | 5:00 | 5 hrs. |
| TUESDAY | | | | | | | 12:00 | 5:00 | 5 hrs. |
| WEDNESDAY | | | | | | | 12:00 | 5:00 | 5 hrs. |
| THURSDAY | 9:00 | 10:00 | | | | | 1:00 | 5:00 | 5 hrs. |
| FRIDAY | | | | | | | | | |
| SATURDAY | | | | | | | | | |
| TOTAL HOURS FOR THE WEEK | | | | | | | | | 20 |

THE SECOND WORK WEEK BEGINS:
SUNDAY 1/31/2005    AND ENDS SATURDAY 2/05/2005

| DAY | A.M. | | | | | | P.M. | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | |
| SUNDAY | | | | | | | | | |
| MONDAY | 9:00 | 10:00 | | | | | 1:00 | 5:00 | 5 hrs. |
| TUESDAY | | | | | | | 1:00 | 1:10 | |
| WEDNESDAY | | | | | | | | | |
| THURSDAY | | | | | | | | | |
| FRIDAY | | | | | | | | | |
| SATURDAY | | | | | | | | | |
| TOTAL HOURS FOR THE WEEK | | | | | | | | | 5 |

Employee's Signature    Date 2/2/05    Department Head Signature    Date 2/24/05

**TO THE CONTROLLER:**
The above signed employee and supervisor individually certify that the days of actual performance of duty, days absent for reason of sickness, official holiday, officially-approved leave, annual leave, off-day, civic duty, military leave and/or bereavement leave as recorded hereon by him or her is correct and true.

Name of deceased _____    Relationship _____

The below signed officer certifies that the information on this employee report has been checked carefully and to the best of my knowledge and belief is correct, except as noted above. The employee's record has been posted, as applicable, and due pay accordingly.

Director of Personnel Services    Date

*Attach copy of official leave form or travel authorization, court summons, military orders (if appropriate), **CT/compensatory time

NOTE: Record accurate hours worked on this report daily, sign at the end of the pay period, then transmit to the Accounting Office, Councill Hall 22, no later than 9:00 a.m. Monday following the end of the pay period.

January 26, 2005

Mr. David McAdory
Human Resources System
Data Manager



Stratford Moore
Director of Inventory Control

RE: Hire a 20 hour Data Entry Clerk

Sir, I am requesting Ms. Jalonda Johnson, SSN: _____ 'e hired to work 20 hours per week at an hour salary of $8.18 per hours for 36 weeks totaling $5,889.60.00.   Ms. Johnson will be responsible for filing, recording and tracking purchase orders.  This contract will start January 25, 2005 and end September 30, 2005.  Funds to pay Ms. Johnson will come from Account 2-16131-1220.

cc:   Mr. Willie Thomas
        Director of Internal Audit

**S. M.**

Exhibit

FEB 1'05  1:21:19

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| | | INCIDENT | ☒ OFFENSE | 2 CASE # | 3 SFX |
|---|---|---|---|---|---|
| | | ☐ SUPPLEMENT | | 002319 | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | 7 & SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | 0 2 0 1 0 5 | 01:00 ☐ AM ☐ PM MIL. | Montgomery Police Department | |

8 REPORTED BY ☐ VICTIM OR
9 ADDRESS (STREET, CITY, STATE, ZIP)
10 PHONE ( )

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 1P 26 3S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|
| Johnson, Jalonda | | 1190 Gibson Hills Dr. Montgomery Al 36116 | (334) 613-1957 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| ASU | Secretary | 1301 W Fifth St. Montgomery Al 36111 | (334) 229-4413 |

| 19 ☐ RESIDENT ☒ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE ☐ W ☒ B | 22 SEX ☐ MALE ☒ FEMALE | 23 HGT 5'06" | 24 WGT 135 | 25 DOB 08 29 85 | 26 AGE 19 | 27 WAS OFFENDER KNOWN TO VICTIM? ☒ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) Acquaintance |
|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD. | 31 DEGREE (CIRCLE) ① 2 3 | 33 STATE CODE/LOCAL ORDINANCE 08A 03 |
|---|---|---|
| Rape | | |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| Unk  Block Burton Ave Montgomery Al 36104 | 1 1 1 |

<table>
<tr><td>40 POINT OF ENTRY ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER</td><td>41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE</td><td colspan="2">42 ASSAULT ☐ SIMPLE ☐ AGGR.</td><td>43 TREATMENT FOR ☐ Y ASSAULT INJURY ☐ N</td></tr>
</table>

| 45 OCCURRED ON OR BETWEEN | 46 TIME 19:30 ☐ AM ☒ PM ☐ MIL. | 48 | 47 LIGHTING ☐ NATURAL ☒ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK | 48 WEATHER ☐ CLEAR ☐ CLOUDY ☒ RAIN ☒ FOG ☐ SNOW ☐ HAIL ☐ UNK | 49 PREMISE ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☒ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ M5WGE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER |
|---|---|---|---|---|---|---|
| 0 1 3 1 0 5 | 52 TIME ☐ AM ☐ PM ☐ MIL. | 53 | | | | |

| 54 VERIFY FOR ☐ Y | 55 TREAT FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE/ASSAULT | 57 CODE |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE INJURY ☐ N | LOCATION RAPE | |

59 WEAPON USED
☐ FIREARM   ☐ HANDS, FISTS VOICE ETC.
☐ KNIFE   ☐ OTHER DANGEROUS

60 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE   DESCRIBE
☐ HANDGUN   ☐ RIFLE   ☐ SHOTGUN   ☐ UNKNOWN

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | Initial Unit 426/Coughlin | | | | |

☐ CONTINUED IN NARRATIVE

**PROPERTY DESCRIPTION**

**DOLLAR VALUE**

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|

**VEHICLES**

75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED

| 76 #STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 YR | 83 VMA | 84 VMO | 85 VST | 86 VCO | TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ Yes ☐ No |
|---|---|---|---|

91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP)
92 PHONE ( )

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24h UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ Yes ☐ No WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Yes ☐ No WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

Exhibit      717

ACJIC-32 REV. 6-94

FEB 1'05 1:21:24

002319

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 2 0 1 0 5 01:00 | | | 96 CASE # | | 97 SFX | 98 OFFENDER CHECK IF MULTIPLE SUSPECT MISSING PERSON |
|---|---|---|---|---|---|---|---|

99 NAME (LAST, FIRST, MIDDLE): Diopp, Anwar

100 NICKNAME/ALIAS

101 RACE W B O / 102 SEX M / 103 DOB / 104 AGE 37

106 ADDRESS (STREET, CITY, STATE, ZIP): Burton Ave Montgomery Al 36104

105 HGT 507 | 107 WGT 150 | 108 EYE Bro | 109 HAIR Blk | 110 COMPLEXION Drk

111 PROBABLE DESTINATION: Director of Physical Plant for ASU

112 ARMED? Y N X UNK | 113 WEAPON

114 CLOTHING: Red Shirt/Brown Kaki Pants

SCARS MARKS TATTOOS | 115 ARRESTED WANTED

116 NAME (LAST, FIRST, MIDDLE): N/A

**NARRATIVE**

The victim stated that she was forcibly raped by the listed offender

**WITNESSES** #1: N/A

**ADMINISTRATION**

146 REPORTING OFFICER: Det C.J. Coughlin   ID# 1008



## ALABAMA UNIFORM INCIDENT / OFFENSE REPORT SUPPLEMENT

*OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION*

| 1 ORI# | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # | 5 SFX |
|---|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 0 8 3 0 0 5  14:55 ☒MIL | 0 5 - 0 0 2 3 1 9 | |

**EVENT**

| 6 VICTIMS NAME (ORIGINAL REPORT) | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT |
|---|---|---|
| Johnson, Jalonda | 0 1 3 1 0 5 | ☐CONTINUATION  ☒FOLLOW-UP |

| 9 ORIGINAL INCIDENT / OFFENSE | 10 UCR CODE | 11 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| Rape 1st Degree | | |

| 12 NEW INCIDENT I OFFENSE | 13 UCR CODE | 14 STATE CODE / LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN HAVE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR PREMISE ___ YEAR WEAPON ___ |
|---|---|---|---|---|
| ☐ YES  ☒ NO | M  D  Y | ☐YES ☐NO  WARRANT # | M  D  Y | |

| 20 ☐ DEFENDANT  ☒ SUSPECT | 21 ☐ DEFENDANT  ☐ SUSPECT |
|---|---|
| NAME:  Anwar Diopp | NAME: |

| | RACE | SEX | DOB | AGE | | RACE | SEX | DOB | AGE |
|---|---|---|---|---|---|---|---|---|---|
| | ☐W ☐A ☒B ☐I | ☒M ☐F | 0 7 1 4 6 7 | 37 | | ☐W ☐A ☐B ☐I | ☐M ☐F | M  D  Y | |

**NARRATIVE**

Show this case Exceptionally Cleared. This case will be presented to the Montgomery County Grand Jury.

| 22 LOCAL USE |
|---|
| U  U K |

| 23 STATE USE |
|---|
| |

**S C R D  DOLLAR VALUE**

| 24 MOTOR VEHICLE | 25 CURRENCY, NOTES | 26 JEWELRY | 27 CLOTHING / FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE GOODS | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 24or UCR CODE | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐ Yes ☐No  WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐ Yes ☐No  WHERE? |
|---|---|---|

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

| 44 CASE STATUS ☐PENDING ☐INACTIVE ☐CLOSED ENTERED ACIC / NCIC ☐Yes ☐No DATE | 45 CASE DISPOSITION: ☐CLEARED BY ARREST (JUV) ☐CLEARED BY ARREST (ADULT) ☐UNFOUNDED ☐ADM. CLEARED | ☐EXCEPTIONAL CLEARANCE. ☐SUSPECT I OFFENDER DEAD ☐OTHER PROSECUTION ☐EXTRADITION DENIED ☐LACK OF PROSECUTION ☐JUVENILE, NO REFERRAL ☐DEATH OF VICTIM | 46 REPORTING OFFICER  Cpl M.D. Hall  ID # 413 |
|---|---|---|---|
| | | | 47 ASSISTING OFFICER  ID # |
| | | | 48 SUPERVISOR APPROVAL  ID #   49 WATCH CMDR.  ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC-35 REV 11-94

OFFICE OF THE

VICE PRESIDENT FOR

ADMINISTRATIVE SERVICES

RECEIVED

FEB 1 4 2005

PERSONNEL & HUMAN RELATIONS

February 7, 2005

**Hand-Delivered**

Mr. Eddie and Mrs. Linda Johnson

Dear Mr. & Mrs. Johnson:

This will acknowledge receipt of your letter dated February 3, which Mrs. Johnson delivered to this office at approximately 4:45 p.m. on Friday, February 4, 2005, and left with my Secretary.

In your letter you alleged that "Mr. Anwar Diopp" had "sexually raped" your daughter, whom you did not name, but described as a 19-year-old Freshman student at Alabama State University. You alleged that the sexual harassment and rape of your daughter occurred at the house of "Mr. Diopp," on January 31, 2005.

Additionally, you also alleged that after you declined Mr. Diop's assistance in getting campus employment for your daughter, which she had requested, she obtained employment in the Inventory Control Office, ( a unit which is not under my supervision), and "has been moved off her work-study job as of February 3, 2005," and "has not been compensated."

With regard to the sexual harassment and rape allegation, which report I regret, I note that you did not name your daughter, nor did you cite the source of the information upon which you made your report. Inasmuch as you cited the Alabama State University Non-Academic Handbook, Section 6.5.1 in connection with your report, I am sure that you are also aware of the same policy document Section 6.5.2 "Reporting Incidents of Sexual Harassment," which reads, "An individual who experiences sexual harassment shall immediately report the fact to the Director of Personnel Services and Human Relations... The initial report may be in oral or written form, but a formal investigation of the matter cannot begin until the complaint is submitted in written form and signed by the complainant."

Since you described your daughter as a 19-year-old full-time student, I urge that a proper report be made by the victim. I also urge that use be made of the counseling services available through Student Affairs.

I assure you that upon a proper report by the victim in accordance with ASU policy, should the ensuring investigation confirm your allegations or establish related

ALABAMA
STATE
UNIVERSITY

P.O. Box 271

MONTGOMERY,

ALABAMA

36101-0271

334.229.6994

www.alasu.edu

Exhibit

7

JOH 0016

*Mr.Eddie and Mrs. Linda Johnson*
*07 – February- 2005*
*Page -2-*

actionable facts, the university will move with firmness and dispatch to take warranted action.

You will recall that prior to your letter dated February 3, 2005, Mrs. Johnson had verbally reported to me that you and your daughter had agreed among yourselves to use the legal system external to the campus and to keep the matter totally out of the University system.   Now that you have formally introduced the matter into the University, I urge you to follow appropriate procedures so that a full and proper investigation can be made of the alleged crime and/or offense and appropriate action may be taken.

Sincerely,

Leon Frazier, Vice President
for Administrative Services

lc

JOH 0017

personnell                                                                          48            08-30-2005

# ALABAMA STATE UNIVERSITY
Montgomery, Alabama

## APPLICATION FOR EMPLOYMENT
Request for information Concerning Training and Professional



Affirmative Action/Equal Opportunity Employer

Position for which you are applying **Data Entry**

Please be specific, applicant will be considered only for the position designated. One position per application.

Area of your highest major/specialization _____

Name in full **Jolonda**              **R.**                    **Johnson**
    First Name            MI        (Maiden)       Last Name

**(Check one)**  ( ) Dr.     ( ) Mr.     ( ) Miss     (X) Ms.     ( ) Mrs.

Social Security Number **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**  *Race **AA**  Sex: ( ) Male   (X) Female

Present Address **1190 Gibson Hills Dr.**
                    (Street)

**Montgomery**
              (City)

**Alabama**                    **36116**
 (State)                (Zip Code)

**(334) 613-1957**

(Area Code) Telephone Number

Home Address **1190 Gibson Hills Dr.**
               (Street)

**Montgomery Alabama**
            (City)

**36116**
 (State)            (Zip Code)

**(334) 613-1957**
(Area Code) Telephone Number

*This information requested ONLY to assist the University in complying with provision of a federal court order



personnel!                                    6    :10 p m    08-30-2005

Name __Jalonda Johnson_____ Visa Status (Citizenship)_____
        (Please print or type)
Scholastic training: Give names of institutions attended as indicated below:

| 1. Institutions: Name and Address | Circle Highest Grade completed | Date Completed |
|---|---|---|
| a. Grammar or High School | 1 2 3 4 5 6 7 8 9 10 11 (12) | May 19, 2004 |
| | | |
| | | |

| b. Business, trade or Correspondence School Completed | Course(s) Studied | Date Started | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| College of University | Quarter/Semester | Degree | Date Started | Date Completed |
|---|---|---|---|---|
| ASU | | — | | |
| | | | | |
| | | | | |

2.    Field of Study:_____

| | Major | Quarter/Semester Hours | Minor | Quarter/Semester Hours |
|---|---|---|---|---|
| Undergraduate Degree | | | | |
| Master's Degree | | | | |
| Doctorate Degree | | | | |

Total quarter/semester hours earned beyond highest degree _____

JOH 0006

Teaching/Administrative Experience (Start with most recent position):

| ...nk and Teaching Field | | College or University | Reason for Leaving | Last Annual Salary |
|---|---|---|---|---|
| ...tes From | To | Description of Duties | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total years of experience: Teaching:    Below College_____    College_____    At ASU_____

Administrative:    Below College_____    College_____    At ASU_____

4. Business or Professional Experience

## Employment History

Beginning with your Present or most recent employment. Each time you changed jobs or your title changed (list as a separate period). Give complete information, especially about the kind of work you did. Be sure to include and describe your military experience, if any.

| Dates | | Occupation & Specific Duties | Employers Name & Address | Annual Salary | Reason for Leaving |
|---|---|---|---|---|---|
| From | To | | | | |
| 08\1 | 08\1 | Cashier | Winn-Dixie (Town Center) | 5.75\hr | School |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Show Other Experience By Using Additional Sheets

JOH 0007

personnell                                           05.19:53 p.m    08-30-2005

5. Present Position_____

Date of Appointment_____ Annual Salary $_____ Number of Months of Service per year_____

6. Have you ever failed to obtain reappointment?_____ If "yes" give date(s) and School(s)

7. Do you presently hold academic tenure?_____ If "yes" give date(s) and School(s)

8. List principal faculty committees on which you have served during the past five years. If an officer, indicate with an asterisk(*) and give dates.

9. Honors (honorary societies, scholarships, prize, etc):

10. List memberships in learned and professional societies:

11. Publications (please submit copies, if possible)

12. State how you learned of the position for which you are making application.

13. If you are hired by this institution, whom should we notify in case of an emergency?

NAME _Linda Johnson_ Telephone Number _229-4415_ 6d31957

RELATIONSHIP _Mother_ Alternate Telephone Number_____

ADDRESS _1190 Gibson Hills Dr. Montgomery, Al 36116_
      Street         City       State    Zip Code

**NOTE: If additional space is required to fully respond to any question, please attach an additional sheet of plain paper and indicate the question number to which the response pertains.**

This application will remain active for **TWO** calendar years following receipt in the office of Personnel and Human Relations.

I hereby grant permission for Alabama State University to obtain any and all information deemed necessary to process my employment application. This information includes, but not limited to, my past and present employment status and my past and present credit record.

I CERTIFY THAT the information in this application is correct and true; is offered as inducement for employment; and I understand that any critical data concerning my qualifications for the position that are withheld or false will render any enrollment contract null and void.

Date _02-02-05_ Signature _____

Enclose resume, undergraduate and graduate transcripts, placement credentials and three current letters of reference, if applicable, and send to:

    Personnel and Human Relations
    Alabama State University
    915 South Jackson Street
    Montgomery, AL 36101-0271

personnel

05:10:21 p    08-30-2005

*APPLICANT DATA RECORD*

Feb. 02, 2005
_____
Date

  To help this Department evaluate our efforts as an Equal Opportunity Employer, we are requesting that you complete the following items of personal information. Your answers to these questions will be used only to study recruiting and employment patterns, and to furnish information for government reports. We appreciate your cooperation.

  This sheet will be separated from the employment application upon receipt, and will be maintained in a separate file. It will, in no way, affect consideration for possible employment with Alabama State University.

**PLEASE PRINT**

NAME: __Johnson__ , __Jalonda__                              __K.__
         Last Name              First Name                    MI

ADDRESS: __1190 Gibson Hills Dr. Montgomery, AL. 36116__
              Street              City           State    Zip

Social Security Number: __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__

Marital Status:  ( ) Married   (X) Single      ( ) Divorce    ( ) Widowed

Race: (X) Black   ( ) Caucasian  ( ) American Indian   ( ) Hispanic

       ( ) Asian/Pacific Islander   ( ) Non-Resident Alien    ( ) Other _____

Sex: ( ) Male   (X) Female

Age: __19__    Birthdate: __08 / 29 / 85__    Birth Place: __Montgomery, AL__

Veteran: ( ) Yes  (X) No

United States Citizen: (X) Yes    ( ) No, indicate status _____

JOH 0009

personnell                                              03:16:43 p.m    08-30-2005

## Form W-4 (2004)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2004 expires February 16, 2005. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** You cannot claim exemption from withholding if: (a) your income exceeds $800 and includes more than $250 of unearned income (e.g. interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2004. See Pub. 919 especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

### Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . **A** _____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.
. . **B** _____

**C** Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld) . . . . . . . . **C** _____

**D** Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . **D** _____

**E** Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . **E** _____

**F** Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . **F** _____
   Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** Child Tax Credit (including additional child tax credit):
- If your total income will be less than $52,000 ($77,000 if married), enter "2" for each eligible child.
- If your total income will be between $52,000 and $84,000 ($77,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children.
. . **G** _____

**H** Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

## W-4    Employee's Withholding Allowance Certificate

Department of the Treasury Internal Revenue Service

▶ Your employer must send a copy of this form to the IRS if: (a) you claim more than 10 allowances or (b) you claim "Exempt" and your wages are normally more than $200 per week.

OMB No. 1545-0010

**2004**

**1** Type or print your first name and middle initial: Jalonda R.    Last name: Johnson

**2** Your social security number: 424 31 1886

Home address (number and street or rural route): 1190 Gibson Hills Dr.

**3** ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: Montgomery, Al. 36116

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

**5** Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)    **5** 0

**6** Additional amount, if any, you want withheld from each paycheck    **6** $ _____

**7** I claim exemption from withholding for 2004, and I certify that I meet both of the following conditions for exemption:
- Last year I had a right to a refund of all Federal income tax withheld because I had no tax liability and
- This year I expect a refund of all Federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here    ▶    **7** _____

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it.) ▶ _____    Date ▶ 02-02-05

**8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)    **9** Office code (optional)    **10** Employer identification number (EIN)

JOH 0010

personnell                                                          03:17:41 p m     08-30-2005

FORM
**A-4** REV 1/00

ALABAMA DEPARTMENT OF REVENUE
## Employee's Withholding Exemption Certificate

Your name: Jalonde Richery Johnson     SOCIAL SECURITY NO. 424-3L-8886

Home address: 1190 Gibson Hills Dr.     CITY Montgomery     STATE Al     ZIP CODE 32116

**EMPLOYEE:**
File this form with
your employer. Other-
wise Alabama income
tax too much will be withheld
from your wages.

**EMPLOYER**
Keep this certificate
with your records. If the
employee is believed to
have claimed too many
exemptions the Alabama
Department of Revenue
should be advised.

If you had no Alabama income tax liability last year and you anticipate no Alabama income tax liability this year, you may claim "exempt" from Alabama withholding tax. To claim exempt status, check this block, sign and date this form and file it with your employer. Employees claiming exempt status are not required to complete Lines 1 through 5. ☐

**HOW TO CLAIM YOUR WITHHOLDING EXEMPTIONS**

1. IF YOU ARE SINGLE, $1,500 personal exemption is allowed.
   - (a) If you claim full personal exemption ($1,500) write a letter "S"
   - (b) If you claim no personal exemption write the figure "0" (Note: If you claim no personal exemption on Lines 1 or 2, you cannot claim dependents on Line 3.) ............... S

2. IF YOU ARE MARRIED or SINGLE CLAIMING HEAD OF FAMILY, $3,000 personal exemption is allowed.
   - (a) If you claim exemption for both spouses ($3,000), write the letter "M"
   - (b) If you are single claiming head of family ($3,000), write the letter "H" (see "head of family" instructions on back of this form)
   - (c) If you claim exemption for yourself only ($1,500) write the letter "S"
   - (d) If you claim no personal exemption write the figure "0" (see note under 1(b).) ............... 

3. If during the year you will provide more than one-half of the support of persons closely related to you (other than spouse) write the number of such dependents. (See instructions on other side.) ............... 

4. Additional amount, if any, you want deducted each pay period. ............... ► $

THIS LINE TO BE COMPLETED BY EMPLOYER:

5. TOTAL EXEMPTIONS (Example: Employee claims "S" on Line 2 and "1" on line 3. Employer should use column headed "S-1" in Withholding Tables) ............... S-0

I certify that the withholding exemptions claimed on this certificate do not exceed the amount to which I am entitled.     DATE 02-22-05     SIGNED ✗✗✗

JOH 0011

STATE OF ALABAMA       )

COUNTY OF MONTGOMERY   )

### AFFIDAVIT OF WILLIE THOMAS

1. My name is Willie Thomas. I am over the age of 19 years, of sound mind and have personal knowledge of the facts contained herein.

2. In February 2005, I was employed as the Director of Internal Audit at Alabama State University. I have been employed in this position since 1999.

3. The budget for the department of Inventory Control for the fiscal year 2004-2005 did not allocate funds to pay a 20-hour per week employee in that department therefore; the department's budget did not have money available to pay any such personnel.

4. I am familiar with Ms. Jolanda Johnson's attempt to be employed as a 20-hour per week Data Entry Clerk in Inventory Control during the 2005 Spring Semester.

5. This position would have to be funded under the 2004-2005 budget which did not allocate funds for the position for which Ms. Johnson applied.

6. There was no prior approval for the department to exceed its budget. Therefore, Ms. Johnson's employment application had to be denied in accordance with the University's policy.

7. I was also told about the Request for Budget Adjustment which purports to request a transfer of funds from the Physical Plant budget to the Inventory Control budget to pay Ms. Johnson. I am also generally familiar with the processing of such requests. No Budget Adjustment could be made under any circumstances without a properly signed and approved request.

Exhibit

9

8. During the period between January and February 2005, I never received or reviewed a
signed Request for Budget Adjustment between Physical Plant and Inventory Control. I
first became aware of the unsigned Request during ASU's investigation of Ms. Johnson's
sexual harassment complaint. I have never seen a signed copy of this Request.

**FURTHER AFFIANT SAYETH NOT.**

WILLIE THOMAS

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that
Willie Thomas, whose name is signed to the foregoing instrument, and who is known to me,
acknowledged before me on this day that, being informed of the contents of the instrument,
she executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal this the ___30th___ day of ___May___, 2008.

_____
NOTARY PUBLIC
My Commission Expires: 2/2/2012

**ALABAMA STATE UNIVESITY**
**BUDGET ADJUSTMENT REQUEST FORM**
**FISCAL YEAR 2004-2005**

DEPARTMENT                                                                DATE

TRANSFER FROM:

| Account Numbers | Description Object Code | Amount |
|---|---|---|
| 1. __2-17120-1220__ | __Staff Part time__ | __$5,889.60__ |
| 2. ._____ | _____ | _____ |
| 3. ._____ | _____ | _____ |
| 4. ._____ | _____ | _____ |
| 5. ._____ | _____ | _____ |
| | Total | __$5,889.60__ |

TRANSFER TO:

| Account Numbers | Description Object Code | Amount |
|---|---|---|
| 1  __2-16131-1220__ | __Staff Part-Time__ | __$5,889.60__ |
| 2. ._____ | _____ | _____ |
| 3. ._____ | _____ | _____ |
| 4. ._____ | _____ | _____ |
| 5. ._____ | _____ | _____ |
| | Total | __$5,889.60__ |

JUSTIFICATION

Hire a Part-Time Data Entry Clerk.

SUBMITTED & CERTIFIED BY

_____                    _____
Cost Center Director                                Date

_____                    _____
Dean or Director                                    Date

_____                    _____
Vice President                                      Date

SIGNATURE OF APPROVING AUTHORITY

_____                    _____
Vice President for Fiscal Affairs                    Date

_____                    _____
President of the University                          Date

Exhibit

10

STATE OF ALABAMA         )

COUNTY OF MONTGOMERY    )

### AFFIDAVIT OF DAVID L. McADORY

Comes Now, David L. McAdory and deposes and states as follows:

1. My name is David L. McAdory. I am over the age of 19 years, of sound mind and have personal knowledge of the facts contained herein.

2. In February 2005, I was employed as the HRS Data Manger/Contracts Manager in the office of Personnel and Human Resources at Alabama State University. I have been employed in this Department for 14 years as of the date of this statement.

3. As part of the regular duties of my job, I was responsible for preparing employment contracts for individuals hired by the University.

4. If there were any reason why a contract could not be approved, I would receive notice of the reason and instructions not to offer a contract to the prospective employee.

5. I would also inform the hiring department that the contract could not be issued and advise them of the reason for the denial.

6. I am familiar with Jolanda Johnson's application for employment as a Data Entry Clerk in the Inventory Control department.

7. When I received the request from Stratford Moore to hire Ms. Johnson, I checked with the budget office to see if there were funds available to pay the prospective employee and discovered that there was no money in the account. I routinely do this whenever a department requests to hire a new employee because contracts cannot be approved if there are insufficient funds in the account to meet payroll for the prospective employee.

Exhibit

11

8. I then informed Mr. Moore that because there was no money in his account to hire an employee, he would have to request a transfer of funds into his account and the request would have to be approved by Mr. Willie Thomas, Director of Internal Audit, who was Mr. Moore's supervisor.

9. After obtaining this information, I immediately contacted Mr. Moore and informed him that he would not be allowed to hire Ms. Johnson because he did not have funds in his account to pay her. I also advised him that no contract could be issued unless he completed a Budget Adjustment to transfer the necessary money into his account and obtained prior approval from his supervisor for the request.

**FURTHER AFFIANT SAYETH NOT.**

DAVID L. McADORY

**STATE OF ALABAMA**
**COUNTY OF MONTGOMERY**

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that David L. McAdory, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal this the _30th_ day of _May_, 2008.

NOTARY PUBLIC
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 18, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2650697      personnell                                06:11:34 p.m.    01-17-2006      2/2



OFFICE OF PERSONNEL
AND HUMAN RELATIONS

Blumberg No. 5102    EXHIBIT

"G"

## STATEMENT

January 17, 2006

I informed Mr. Stratford Moore that the Request for Contract for Ms. Jalonda Johnson, ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ to be hired as a 20 hour Data Entry Clerk @ $8.18 per hour for 36 weeks, had not been approved by Mr. Willie Thomas, Director of Internal Audit and no money was in the account in which he had requested that the contract be paid. I informed Mr. Moore that a contract could not be accomplished until money had been placed into the account and Mr. Thomas had approved the request.

David L. McAdory
Office of Personnel and Human Relations
Human Resources System/Contract Manager

ALABAMA
STATE
UNIVERSITY

.O. Box 271

ONTGOMERY,

.ABAMA

I01-0271

F 229 4667

.265.0697 FAX

Exhibit

12

February 3, 2005

Dr. Leon Frazier
Vice President of Administrative Services
Alabama State University
915 South Jackson Street
Montgomery, AL 36104

Dear Dr. Frazier:

On Monday, January 31, 2005, Mr. Anwar Diopp, Director of Physical Plant, sexually raped our daughter. Our daughter is a current student at Alabama State University. She is a 19-year-old freshman.

On Monday evening approximately 6:30 p.m., Mr. Diopp, Director of Physical Plant called our daughter on her cell phone to ask her would she come over to his home because he needed someone to talk to about his grandmother who is dying. Since Mr Diopp had assisted her in getting a job in a friendly way, she felt out of fairness she would go and talk with him about his hardship and problem. But got there and became a victim of sexual harassment and rape.

Our daughter is a full-time student at Alabama State University and Mr. Diopp was hired as a full-time director and should have been orientated about the prohibited relationship between employees and students on campus or off campus.

Mr. Diopp helped our daughter secure a job in which contributed to befriending her and gaining her confidence. After doing so, he lied about his grandmother's health in a cunning deceptive way to get our daughter to his house to sexual harass and rape her

According to the Non-Academic Handbook 6.5.1 SEXUAL HARASSMENT DEFINED.

Unwelcome sexual advances, requests for sexual favor and other verbal or physical conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual employment or academic decisions, (2) submission to or rejection of such conduct by an individual is used as a basis for employment decisions or academic decisions affecting such individual or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating, hostile or offensive working or academic environment. Sexual harassment may be of a homosexual or heterosexual nature.

SEXUAL HARRASSMENT MAY CONSIST OF:

-**Physical sexual assault including rape.**

-Demands for sexual favors or social activity accompanied by implied or direct promises that submission will results in better job treatment or academic advancement.

Exhibit

Our daughter went looking for a 20-hours work study position one day and she went to personnel requesting do they know of an office who needed a 20-hour student and she also inquire from her mother office and was told she could not work under her mother, so she took the liberty on her own to continue to seek for work. She went to the Inventory Control office and asked and was told he did not have funds for a 20-hour student and she went to Physical Plant and asked Mr. Diopp did he have a 20-hour slot or know someone who may have a 20 hour slot, and he told her he will help her get a job. Mr. Diopp came to my office and told me that he would get my daughter a job and I told him "No" that her father and I would support her. Mr. Diopp left my office and the next two days, Mr Moore came to my office and told me that he will hire my daughter in a 20-hour slot and the funds will come from Physical Plant. Mr. Diopp asked Mr. Moore how much do a 20-hour student make? Mr. Moore told him $5.15 per hour and Mr. Diopp said that he wanted her to make more than $5.15 per hour and Mr. Moore called Personnel to see how much can a work study student make. Mr. Moore was told $5.15 per hour. In order to make more, she would need to be classified as a Data Entry Clerk making 8.18 per hour

Mr. Diopp used his position and authority to manipulate our daughter, who is an Alabama State Student. Now that the crime has taken place, my daughter has been moved off her work-study job as of February 3, 2005 in which she was working successfully and has not been compensated. This incident has created emotional hurt and trauma not only to our daughter but the entire family.

Sincerely,

Mr. Eddie & Linda Johnson
Parents of the victim

RECEIVED

PERSONNEL AND HUMAN RELATIONS

February 10, 2005

Mr. Olan Wesley
Director of Personnel &
Human Resource
Alabama State University
915 South Jackson Street
Montgomery, AL  36104

Dear Sir:

My name is Jalonda Johnson and I am a student at Alabama State University.  Mr. Anwar Diopp, Director of Physical Plant, has physically violated me by way of **rape**, which is in violation to The Sexual Harassment Law.  I may be reached at 334 613-1957.

Sincerely,

Jalonda Johnson
Student

Exhibit

14





JOH 0064

Exhibit

15

- Counseling Center – 229-4382
- Office of the Assistant Vice President for Student Affairs – 229-5104
- Office of the Vice President for Student Affairs – 229-4241

## UNIVERSITY POLICY ON SEXUAL HARASSMENT

Alabama State University is firmly committed to providing an environment that is free of discrimination. Sexual harassment is reviewed as a form of sex discrimination and as a most reprehensible offense, whether committed on or off campus. ASU will vigorously investigate and impose sanctions when investigation confirms that sexual harassment has occurred. The University is especially sensitive to this matter where students are involved and will not hesitate to impose the maximum disciplinary sanction where warranted. A deliberate false accusation of sexual harassment will not be condoned and will result in disciplinary action being taken against anyone who knowingly makes a false report.

## SEXUAL HARASSMENT DEFINED

Unwelcomed sexual advances, requests for sexual favor and other verbal or physical conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or academic decisions, (2) submission to or rejection of such conduct by an individual is used as a basis for employment decisions or academic decisions affecting such individual or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating, hostile or offensive working or academic environment or the assignment of better academic grades or favorable consideration for academic or social advancement. Sexual harassment may be of a homosexual or heterosexual nature and may consist of the following:

1. sexually suggestive language;
2. derogatory sexual comments;
3. unsolicited touching of the body;
4. outright solicitation of sexual intercourse;
5. subtle pressure for sexual favors or social encounters;
6. demands for sexual favors or social activity accompanied by threats or insinuations that failure to submit will adversely affect one's employment, wages, work conditions or academic advancement;
7. demands for sexual favors or social activity accompanied by

implied or direct promises that submission will result in better job treatment or academic advancement; and
8. patting or pinching.

## REPORTING INCIDENTS OF SEXUAL HARASSMENT

A student who believes he or she has experienced sexual harassment shall immediately report the allegation to the vice president for Student Affairs or the Department of Police and Campus Security. A formal investigation of the matter will begin when a written compliant is filed. If charges of sexual harassment are formally filed against any officer of the University who serves at or above the level of an area vice president or the chairman of intercollegiate athletics, the EEO officer shall within 10 days report that fact and the results of any preliminary investigation to both the president and the chairman of the board of trustees.

## INVESTIGATING REPORTED INCIDENTS OF SEXUAL HARASSMENT

Prior to initiating an investigation, the director of Personnel Services and Human Relations will notify the accused person(s) of the sexual harassment charge and of the impending investigation. The investigation will be nonadversarial. Therefore, attorneys for neither side will be permitted. The investigation committee will be composed of three disinterested members. Two members will be appointed by either of two divisional vice presidents. The third member will be selected by the two members appointed by the vice presidents. If the two cannot agree on naming a third member, the director of Personnel and Human Relations will name the third member. If the sexual harassment charge involves a student, at least one member of the committee will be a student appointed by the vice president for Student Affairs. All correspondence should be in writing that requires a signature or use of certified mail.

The committee will interview and obtain relevant testimony from any and all persons who may have knowledge of the matter within 30 days of notification. Upon completion of the investigation, the committee will compile its findings, formulate recommendations and forward its report through the director of Personnel Services and Human Relations to the vice president for Student Affairs.

JOH 0065