IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

| | |
|---|---|
| JALONDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 02:07-cv-101-MEF |
| ) | |
| ALABAMA STATE UNIVERSITY ) | |
| and ) | |
| ANWAR DIOP, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, ALABAMA STATE UNIVERSITY'S, MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT**

COMES NOW Alabama State University (hereinafter "Defendant" or "ASU"), Defendant in the above-captioned matter, by and through its undersigned counsel of record and files its Motion for Summary Judgment against each and every claim asserted in Plaintiff Jolanda Johnson's (hereinafter "Plaintiff" or "Johnson") Complaint. As grounds therefore, Defendant states as follows:

1. Plaintiff has failed to prevent substantial evidence to establish a prima facie case of retaliation under Title VII.

2. Plaintiff did not personally participate in any protected activity under Title VII prior to February 10, 2005.

3. Plaintiff's mother's actions do not constitute protected participation under Title VII.

4. Plaintiff cannot establish a causal connection between ASU's decision not to offer her an employment contract on February 2, 2005 and her protected participation.

5. Defendant has proffered a legitimate, non-retaliatory reason for its decision, specifically stating that Plaintiff was not hired because the Department that requested her employment did not have money in its account to pay Plaintiff.

6. Plaintiff has failed to produce substantial evidence to show that Defendant's proffered reason is pre-textual.

For the reasons set forth above, and as further set forth in its contemporaneously filed Memorandum of Law in Support of its Motion for Summary Judgment on Plaintiff's Complaint, Defendant respectfully requests that this Court grant judgment in its favor as to the sole remaining count of the Complaint.

Respectfully Submitted,

 /s/ LaTasha A. Meadows
**KENNETH L. THOMAS (THO 043)**
**LaTASHA A. MEADOWS (MEA020)**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103-5058
(334) 270-1033 (phone)
(334) 260-9396 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon the following via this Court's electronic filing system this the 30th day of May, 2008.

David Arendall, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203

Donald Gordon Madison, Esq.
Law Offices of Donald Gordon Madison
418 Scott Street
Montgomery, AL 36104

                                                   _/s/ LaTasha A. Meadows_____
                                                   **OF COUNSEL**