IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JALONDA JOHNSON,**

       **PLAINTIFF,**

                           **CIVIL ACTION NO: 02:07-cv-101-MEF**

**V.**

**ALABAMA STATE UNIVERSITY**
**and**
**ANWAR DIOP**

       **DEFENDANTS.**

**JOINT PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff, by and through undersigned counsel and the Defendant, Anwar Diop, by and through his counsel and submit this Joint Partial Stipulation of Dismissal With Prejudice:

1. Plaintiff filed her Amended and Restated Complaint on March 16, 2007. (Doc. 8-2).

2. Defendant, Anwar Diop, filed a Counterclaim against Plaintiff on May 14, 2007. (Doc. 14).

3. Plaintiff and Defendant Diop have entered into a settlement agreement resolving Plaintiff's Counts of Invasion of Privacy and Assault &

Battery, as well as Defendant Diop's Counterclaim for Libel, Malicious Prosecution, and Tortious Interference.

4. Plaintiff and Defendant jointly agree to dismiss Count Two (Invasion of Privacy) and Count Three (Assault & Battery) of Plaintiff's Amended and Restated Complaint. Count Two and Count Three of the Amended and Restated Complaint are directed against Defendant Mr. Anwar Diop only.

5. Plaintiff's remaining claim is a Title VII retaliation complaint against Defendant Alabama State University.

6. Plaintiff and Defendant jointly agree to dismiss his Counterclaim Count One, Count Two, and Count Three against Plaintiff Jalonda Johnson. Defendant Diop has pending cross-claims against Defendant Alabama State University.

7. Plaintiff's counsel and Defendant's counsel have discussed this Joint Partial Stipulation of Dismissal. Both parties agree to this Joint Partial Stipulation of Dismissal and both agree that the Joint Partial Stipulation of Dismissal may be filed with the Court without the formal signatures of each party's counsel.

NOW THEREFORE, Plaintiff and Defendant stipulate to the Dismissal of Count II and Count III of Plaintiff's Amended and Restated Complaint AND Count One, Count Two and Count Three of Defendant's claims against Plaintiff in his Counterclaim.

Plaintiff and Defendant further state that the remaining claims each has against Alabama State University are to remain in full force and effect until a future resolution of the claims is made.

/s/ Allen D. Arnold
_____
ALLEN D. ARNOLD
Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
205.252.1550 – Office; 205.252.1556 – Facsimile

/s/ Donald G. Madison
_____
DONALD G. MADISON
Counsel for Defendant/Counterclaimant
Anwar Diop

OF COUNSEL:

Donald G. Madison
Law Offices of Donald G. Madison
418 Scott Street
Montgomery, AL 36104
334.263.4800 – Office
334.265.8511 - Facsimile

3