IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JALONDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-101-MEF |
| | ) | |
| ALABAMA STATE UNIVERSITY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #33) filed on May 30, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on June 24, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before June 17, 2008. The defendant may file a reply brief on or before June 24, 2008.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 3rd day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE