IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JALONDA JOHNSON,

      PLAINTIFF,

                              CIVIL ACTION NO: 02:07-cv-101-MEF

V.

ALABAMA STATE UNIVERSITY
and
ANWAR DIOP,

      DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Jalonda Johnson and Defendant Alabama State University hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs, including attorneys fees.

Respectfully submitted this 18th day of June, 2008.

/s/ Allen D. Arnold

Allen D. Arnold,

Counsel for Plaintiff
OF COUNSEL:
Arendall & Associates
2018 Morris Avenue,
Birmingham, AL 35203
205.252.1550 – Office
205.252.1556 - Facsimile

/s/ LaTasha A. Meadows

LaTasha A. Meadows
Kenneth Thomas

Counsel for Alabama State University
OF COUNSEL:
Thomas Means Gillis & Seay, PC
Third Floor   P. O. Drawer 5058
Montgomery, AL 36103
334.270.1033 – Office
334.260.9396 – Facsimile

1