IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JALONDA JOHNSON,

    PLAINTIFF,

                            CIVIL ACTION NO: 02:07-cv-101-MEF

V.

ALABAMA STATE UNIVERSITY
and
ANWAR DIOP,

    DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Cross-Claim Plaintiff Anwar Diop and Cross-Claim Defendant Alabama State University hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs, including attorneys fees.

    Respectfully submitted this 3rd day of July, 2008.


/s/ Donald G. Madison/s/ LaTasha A. Meadows
_____
Donald G. MadisonKenneth L. Thomas
*Counsel for Anwar Diop*LaTasha A. Meadows
*Counsel for Alabama State University*


OF COUNSEL:OF COUNSEL:
Law Office of Donald G. MadisonThomas Means Gills & Seay, PC
418 Scott Street3121 Zelda Court
Montgomery, Alabama 36104Montgomery, Alabama 36106