IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JALONDA JOHNSON,

    PLAINTIFF,

V.

                            CIVIL ACTION NO: 02:07-cv-101-MEF

ALABAMA STATE UNIVERSITY
and
ANWAR DIOP,

    DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Jalonda Johnson and Defendant Alabama State University hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs, including attorneys fees.

Plaintiff's counsel and Defendant's counsel have discussed this Joint Stipulation of Dismissal and both agree that the Joint Stipulation of Dismissal may be filed with the Court without the formal signatures of each party's counsel.

Respectfully submitted this 8th day of July, 2008.

/s/ Allen D. Arnold

_____

Allen D. Arnold

Counsel for Plaintiff University

OF COUNSEL:
Arendall & Associates
2018 Morris Avenue,
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 - Facsimile

/s/ LaTasha A. Meadows

_____

LaTasha A. Meadows
Kenneth Thomas

Counsel for Alabama State

OF COUNSEL:
Thomas Means Gillis & Seay, PC
Third Floor  P. O. Drawer 5058
Montgomery, AL  36103
334.270.1033 – Office
334.260.9396 – Facsimile