IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JALONDA JOHNSON,

    PLAINTIFF,

v.

                        CIVIL ACTION NO: 02:07-cv-101-MEF

ALABAMA STATE UNIVERSITY
and
ANWAR DIOP,

    DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Cross-Claim Plaintiff Anwar Diop and Cross-Claim Defendant Alabama State University hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own costs, including attorneys fees.

The undersigned has conferred with the Co-Defendant, Anwar Diop's counsel, Donald Madison, and both agree that the Joint Stipulation of Dismissal may be filed with the Court without the formal signatures of each party's counsel.

Respectfully submitted this 10th day of July, 2008.

/s/ Donald G. Madison                  /s/ LaTasha A. Meadows
_____    _____
Donald G. Madison                        Kenneth L. Thomas
*Counsel for Anwar Diop*             LaTasha A. Meadows
                                                *Counsel for Alabama State University*

| | |
|---|---|
| **OF COUNSEL:**<br>Law Office of Donald G. Madison<br>418 Scott Street<br>Montgomery, Alabama 36104 | **OF COUNSEL:**<br>Thomas Means Gills & Seay, PC<br>3121 Zelda Court<br>Montgomery, Alabama 36106 |